463 A.2d 46

Miller v. Kardiasmenos et al.

Appeal of Ronnie Kardiasmenos, and J.C. Penney Insurance Company.

Argued May 3, 1983. Richard

A. Mitchell, for appellants; Richard A. James, for Miller, appellee; and Hanna Matthew, for State Farm, appellee.

Before McEWEN, MONTGOMERY and HOFFMAN, JJ.

The order of the learned Delaware County Common Pleas Court President Judge Francis J. Catania is affirmed.